Argued and submitted August 28, convictions affirmed; remanded for resentencing November 20, 1996

## STATE OF OREGON,
*Respondent,*

*v.*

## WILLIAM ARTHUR FORREST,
*Appellant.*

(94-1147; CA A87675)

926 P2d 336

Louis R. Miles, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

